UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHOSHANNA MORGAN,

                              Plaintiff,

              -against-

ADMINISTRATION FOR CHILDEREN
SERVICES BRONX FAMILY COURT, ET
AL.,

                              Defendants.

21-CV-2832 (CM)

ORDER OF DISMISSAL
UNDER 28 U.S.C. § 1651

COLLEEN McMAHON, Chief United States District Judge:

On January 12, 2012, Plaintiff was barred from filing any new action *in forma pauperis*
(IFP) without first obtaining from the Court leave to file. *See Morgan v. Catholic Guardian
Soc'y*, No. 11-CV-1815 (LAP) (S.D.N.Y. Jan. 12, 2012). Plaintiff files this new *pro se* case
without paying the filing fee or seeking leave from the Court to file this action. This action is
therefore dismissed without prejudice for Plaintiff's failure to comply with the January 12, 2012
order.

The Clerk of Court is directed to assign this matter to my docket, mail a copy of this
order to Plaintiff, and note service on the docket. The Court certifies, pursuant to 28 U.S.C.
§ 1915(a)(3), that any appeal from this order would not be taken in good faith, and therefore *in
forma pauperis* status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369
U.S. 438, 444-45 (1962).

SO ORDERED.

Dated:    April 2, 2021
          New York, New York

                                          _____
                                          COLLEEN McMAHON
                                          Chief United States District Judge