UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHOSHANNA MORGAN,<br><br>       Plaintiff,<br><br>   -against-<br><br>ADMINISTRATION FOR CHILDEREN SERVICES BRONX FAMILY COURT, ET AL,<br><br>       Defendants. | 21-CV-2832 (CM)<br><br>CIVIL JUDGMENT |

Pursuant to the order issued April 2, 2021, dismissing the complaint,

IT IS ORDERED, ADJUDGED, AND DECREED that under the January 12, 2020 order in *Morgan v. Catholic Guardian Soc'y*, No. 11-CV-1815 (LAP) (S.D.N.Y. Jan. 12, 2012), the complaint is dismissed without prejudice.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated: April 2, 2021
    New York, New York

                      COLLEEN McMAHON
                      Chief United States District Judge